Certificate Number: 03088-PAE-DE-034081710

Bankruptcy Case Number: 19-17846



03088-PAE-DE-034081710

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 11, 2020</u>, at <u>11:59</u> o'clock <u>PM CST</u>, <u>Avery B Wadlington Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 11, 2020</u>            By:      <u>/s/Doug Tonne</u>

                                                  Name:  <u>Doug Tonne</u>

                                                  Title:   <u>Counselor</u>