Certificate Number: 03088-PAE-DE-034081711

Bankruptcy Case Number: 19-17846



03088-PAE-DE-034081711

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2020, at 11:59 o'clock PM CST, Janiele M Wadlington completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 11, 2020            By:   /s/Doug Tonne

                                    Name: Doug Tonne

                                    Title: Counselor