IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| AVERY B. WADLINGTON, JR. ) | CHAPTER 13 |
| JANIELE WADLINGTON ) | |
| **Debtor(s)** ) | CASE NO. 19-17846 (AMC) |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION d/b/a HONDA FINANCIAL ) | HEARING DATE: **4-7-20 at 11:00 AM** |
| SERVICES, ADMINISTRATOR FOR ) | |
| HONDA LEASE TRUST ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | |
| ) | |
| AVERY B. WADLINGTON, JR. ) | |
| JANIELE WADLINGTON ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** | |

**STIPULATION OF SETTLEMENT OF MOTION OF AMERICAN HONDA FINANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for American Honda Finance Corporation d/b/a Honda Financial Services, Administrator For Honda Lease Trust ("Honda"), and the Debtors having opposed such Motion through his counsel, David M. Offen, Esquire and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Honda is the owner and lessor of a 2018 Honda Pilot bearing vehicle identification number 5FNYF6H54JB072066 being operated by the Debtors.

2. That with the entry of this Order, the Debtors have assumed the Lease.

3. That the Debtors are to pay counsel fees and costs for the instant Motion in the amount of $515.00 by making their regular monthly payment of $425.00 plus an additional $91.83 (total payment of $516.83) for the months of April through September 2020.

4. That commencing April 2020, if the Debtors fail to make any payment to Honda within thirty (30) days after it falls due, Honda may send, via facsimile and regular mail, the Debtors and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

5. That at the end of the lease the Debtors must either surrender the vehicle or purchase it in accordance with the lease end purchase option. Honda shall be entitled to immediate stay relief upon lease maturity, and may repossess (if necessary) and sell said vehicle without further application to the Court. The terms of this paragraph are deemed to be self-executing in nature.

6. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtors

/s/ William E. Craig
William E. Craig, Esquire
Attorney for American Honda Finance Corporation
dba Honda Financial Services
Administrator For Honda Lease Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| AVERY B. WADLINGTON, JR. ) | CHAPTER 13 |
| JANIELE WADLINGTON ) | |
| **Debtor(s)** ) | CASE NO. 19-17846 (AMC) |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION d/b/a HONDA FINANCIAL ) | HEARING DATE: **4-7-20 at 11:00 AM** |
| SERVICES, ADMINISTRATOR FOR ) | |
| HONDA LEASE TRUST ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | |
| ) | |
| AVERY B. WADLINGTON, JR. ) | |
| JANIELE WADLINGTON ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtors in settlement of the MOTION FOR STAY RELIEF, and filed on or about March 26, 2020 in the above matter is APPROVED.

Dated: **March 27, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE