United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Avery B Wadlington, Jr.  
Janiele Wadlington  
    Debtors

Case No. 19-17846-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: TashaD  Page 1 of 1  Date Rcvd: Mar 27, 2020
                              Form ID: pdf900  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
```
db/jdb         +Avery B Wadlington, Jr.,   Janiele Wadlington,   1512 Big Oak road,
                 Morrisville, PA 19067-6410
cr             +American Honda Finance Corporation, d/b/a Honda Fi,   3625 W. Royal Lane,   #200,
                 Irving, TX 75063-2912
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Avery B Wadlington, Jr. brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Janiele  Wadlington brad@sadeklaw.com,
               bradsadek@gmail.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation, d/b/a Honda
               Financial Services as administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| AVERY B. WADLINGTON, JR. ) | CHAPTER 13 |
| JANIELE WADLINGTON ) | |
| **Debtor(s)** ) | CASE NO. 19-17846 (AMC) |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION d/b/a HONDA FINANCIAL ) | HEARING DATE: **4-7-20 at 11:00 AM** |
| SERVICES, ADMINISTRATOR FOR ) | |
| HONDA LEASE TRUST ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | |
| ) | |
| AVERY B. WADLINGTON, JR. ) | |
| JANIELE WADLINGTON ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** | |

**STIPULATION OF SETTLEMENT OF MOTION OF AMERICAN HONDA FINANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for American Honda Finance Corporation d/b/a Honda Financial Services, Administrator For Honda Lease Trust ("Honda"), and the Debtors having opposed such Motion through his counsel, David M. Offen, Esquire and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Honda is the owner and lessor of a 2018 Honda Pilot bearing vehicle identification number 5FNYF6H54JB072066 being operated by the Debtors.

2. That with the entry of this Order, the Debtors have assumed the Lease.

3. That the Debtors are to pay counsel fees and costs for the instant Motion in the amount of $515.00 by making their regular monthly payment of $425.00 plus an additional $91.83 (total payment of $516.83) for the months of April through September 2020.

4. That commencing April 2020, if the Debtors fail to make any payment to Honda within thirty (30) days after it falls due, Honda may send, via facsimile and regular mail, the Debtors and counsel a written notice of default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

5. That at the end of the lease the Debtors must either surrender the vehicle or purchase it in accordance with the lease end purchase option.  Honda shall be entitled to immediate stay relief upon lease maturity, and may repossess (if necessary) and sell said vehicle without further application to the Court.  The terms of this paragraph are deemed to be self-executing in nature.

6. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtors

/s/ William E. Craig
William E. Craig, Esquire
Attorney for American Honda Finance Corporation
dba Honda Financial Services
Administrator For Honda Lease Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| AVERY B. WADLINGTON, JR. ) | CHAPTER 13 |
| JANIELE WADLINGTON ) | |
| **Debtor(s)** ) | CASE NO. 19-17846 (AMC) |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION d/b/a HONDA FINANCIAL ) | HEARING DATE: **4-7-20 at 11:00 AM** |
| SERVICES, ADMINISTRATOR FOR ) | |
| HONDA LEASE TRUST ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | |
| ) | |
| AVERY B. WADLINGTON, JR. ) | |
| JANIELE WADLINGTON ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtors in settlement of the MOTION FOR STAY RELIEF, and filed on or about March 26, 2020 in the above matter is APPROVED.

Dated: **March 27, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE