## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17846** |
| **Avery B Wadlington, Jr.** : | **Chapter 13** |
| **Janiele Wadlington** : | **Judge Ashely M. Chan** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | **May 5, 2020 at 11:00 a.m.** |
| **vs** : | _____ |
| : | |
| **Avery B Wadlington, Jr.** : | **U.S. Bankruptcy Court** |
| **Janiele Wadlington** : | **900 Market Street, Courtroom #4** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS
### FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO FORECLOSE ON 2015
### HYUNDAI GENESIS, VIN KMHGN4JE8FU082154 (DOCUMENT NO. 25)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on April 8, 2020 at Document No. 25 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 23, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                          /s/ Karina Velter
                                                          Karina Velter, Esquire (94781)

20-008698_FXF

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-008698_FXF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17846** |
| **Avery B Wadlington, Jr.** : | **Chapter 13** |
| **Janiele Wadlington** : | **Judge Ashely M. Chan** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | |
| : | _____ |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Avery B Wadlington, Jr.** : | **900 Market Street, Courtroom #4** |
| **Janiele Wadlington** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to foreclose on 2015 Hyundai Genesis, VIN KMHGN4JE8FU082154 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Brad J. Sadek, Attorney for Avery B Wadlington, Jr. and Janiele Wadlington, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 28, 2020:

20-008698_FXF

Avery B Wadlington, Jr. and Janiele Wadlington, 1512 Big Oak road, Morrisville, PA  19067

DATE: April 28, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-008698_FXF