## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** :
: **Case No.: 19-17846**
**Avery B Wadlington, Jr.** : **Chapter 13**
**Janiele Wadlington** : **Judge Ashely M. Chan**
: * * * * * * * * * * * * * * * * * * *
**Debtor(s)**
:
**Wells Fargo Bank, N.A., d/b/a Wells** : **Date and Time of Hearing**
**Fargo Auto** : **Place of Hearing**
**Movant,** : **May 5, 2020 at 11:00 a.m.**
:  _____
**vs** :
:
**Avery B Wadlington, Jr.** : **U.S. Bankruptcy Court**
**Janiele Wadlington** : **900 Market Street, Courtroom #4**
: **Philadelphia, PA, 19107**

**William C. Miller, Esq.**
**Respondents.**

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in and to the Property of Debtor described as a 2015 Hyundai Genesis, VIN KMHGN4JE8FU082154, and more particularly described in the Contract.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

**Date: May 6, 2020**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

20-008698_FXF