United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-17846-amc
Avery B Wadlington, Jr.                                                     Chapter 13
Janiele Wadlington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1              Date Rcvd: May 06, 2020
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db            +Avery B Wadlington, Jr.,    1512 Big Oak road,    Morrisville, PA 19067-6410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Joint Debtor Janiele  Wadlington brad@sadeklaw.com,
           bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Debtor Avery B Wadlington, Jr. brad@sadeklaw.com,
           bradsadek@gmail.com
          KARINA  VELTER    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
           amps@manleydeas.com
          REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation, d/b/a Honda
           Financial Services as administrator for Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-17846** |
| **Avery B Wadlington, Jr.** | : | **Chapter 13** |
| **Janiele Wadlington** | : | **Judge Ashely M. Chan** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| **Movant,** | : | **May 5, 2020 at 11:00 a.m.** |
| | : | |
| **vs** | : | _____ |
| | : | |
| **Avery B Wadlington, Jr.** | : | **U.S. Bankruptcy Court** |
| **Janiele Wadlington** | : | **900 Market Street, Courtroom #4** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

## <u>ORDER OF COURT</u>

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in and to the Property of Debtor described as a 2015 Hyundai Genesis, VIN KMHGN4JE8FU082154, and more particularly described in the Contract.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

**Date: May 6, 2020**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

20-008698_FXF