# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Janiele Wadlington**<br>　　**Avery B. Wadlington Jr.**<br>　　　　　　　**Debtor(s)** | **CHAPTER 13** |
| **MIDFIRST BANK**<br>　　　　　　　**Movant**<br><br>　　　　vs.<br><br>**Janiele Wadlington**<br>**Avery B. Wadlington Jr.**<br>　　　　　　　**Respondent(s)**<br><br>**William C. Miller Esq.**<br>　　　　　　　**Trustee** | **NO.** 19-17846 AMC |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge