# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Janiele Wadlington**<br>      **Avery B. Wadlington Jr.**<br>                              **Debtor(s)**<br><br>**MIDFIRST BANK**<br>                              **Movant**<br>      **vs.**<br><br>**Janiele Wadlington**<br>**Avery B. Wadlington Jr.**<br>                              **Respondent(s)** | CHAPTER 13<br>BK. NO. 19-17846 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 11, 2020**.

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Janiele Wadlington
1512 Big Oak road
Morrisville, PA 19067

Avery B. Wadlington Jr.
1512 Big Oak road
Morrisville, PA 19067

Date: June 11, 2020

                              By: **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322
                                      Attorney for Movant/Applicant