IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Avery B Wadlington, JR | : | Chapter 13 |
| Janiele Wadlington | : | |
| | : | Case No.  19-17846AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 33

Dated: July 15, 2020                                        /s/ Brad J. Sadek, Esquire
                                                            Brad J. Sadek, Esquire
                                                            Sadek and Cooper
                                                            1315 Walnut Street, Suite 502
                                                            Philadelphia, PA 19107
                                                            215-545-0008