# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Janiele Wadlington<br>          Avery B. Wadlington Jr.<br>                              Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns<br>                              Movant<br>          vs.<br>Janiele Wadlington<br>Avery B. Wadlington Jr.<br>                              Debtor(s)<br>William C. Miller Esq.<br>                              Trustee | NO. 19-17846 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **June 11, 2020, docket number 30**.

          Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

July 16, 2020