United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Avery B Wadlington, Jr.
Janiele Wadlington
    Debtors

Case No. 19-17846-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Sep 17, 2020
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db/jdb       +Avery B Wadlington, Jr.,  Janiele Wadlington,   1512 Big Oak road,
        Morrisville, PA 19067-6410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Avery B Wadlington, Jr. brad@sadeklaw.com, bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Joint Debtor Janiele  Wadlington brad@sadeklaw.com, bradsadek@gmail.com
          KARINA  VELTER    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto amps@manleydeas.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation, d/b/a Honda Financial Services as administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                            TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Avery B Wadlington, Jr
    Janiele Wadlington

                              Case No.: 19-17846AMC

Debtor(s)                              Chapter 13

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,610.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: _____        _____
                                                      Judge Ashely M. Chan

**Date: September 17, 2020**