## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Avery B Wadlington, Jr.** | : | **Case No.: 19-17846** |
| **Janiele Wadlington** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

20-008698_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-17846** |
| **Avery B Wadlington, Jr.** | : **Chapter 13** |
| **Janiele Wadlington** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Avery B Wadlington, Jr.** | : |
| **Janiele Wadlington** | : |
| | : |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Avery B Wadlington, Jr. and Janiele Wadlington, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

Avery B Wadlington, Jr. and Janiele Wadlington, 1512 Big Oak road, Morrisville, PA  19067

DATE: March 10, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

20-008698_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-008698_PS