B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

_____EASTERN_____ District Of __PENNSYLVANIA__

In re __Avery B. Wadlington, Jr.__          Case No. __19-17846-amc__
         Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\*   Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

## Part IV. Debtor's Signature

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____         *Avery B. Wadlington Jr.* (Jan 29, 2025 12:26 EST)
　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　Debtor

# DSO-Avery

Final Audit Report                                                                 2025-01-29

| | |
|---|---|
| Created: | 2025-01-29 |
| By: | Sadek Law Offices (admin@sadeklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANefGhpGJK2RpK4DsYqXIsKCU6qqI6wp8 |

## "DSO-Avery" History

- Document created by Sadek Law Offices (admin@sadeklaw.com)
  2025-01-29 - 12:44:34 PM GMT

- Document emailed to Avery Wadlington (awadlingtonjr@gmail.com) for signature
  2025-01-29 - 12:44:38 PM GMT

- Email viewed by Avery Wadlington (awadlingtonjr@gmail.com)
  2025-01-29 - 5:20:21 PM GMT

- Signer Avery Wadlington (awadlingtonjr@gmail.com) entered name at signing as Avery B. Wadlington Jr.
  2025-01-29 - 5:26:32 PM GMT

- Document e-signed by Avery B. Wadlington Jr. (awadlingtonjr@gmail.com)
  Signature Date: 2025-01-29 - 5:26:34 PM GMT - Time Source: server

- Agreement completed.
  2025-01-29 - 5:26:34 PM GMT

Adobe Acrobat Sign