United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17846-amc |
| Avery B Wadlington, Jr. | Chapter 13 |
| Janiele Wadlington | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Avery B Wadlington, Jr., Janiele Wadlington, 1512 Big Oak road, Morrisville, PA 19067-6410 |
| 14440921 | + | Bucks County Water Sewer Authority, PO Box 3333, Harleysville, PA 19438-0900 |
| 14788185 | + | Lower Makefield Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14788118 | + | Lower Makefield Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14788117 | + | Lower Makefield Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14466152 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14440927 | + | Meenan, 113 Main Street, Bristol, PA 19007-6192 |
| 14485387 | | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14485440 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo, C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14444202 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 31 2025 00:00:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14447112 | + | Email/Text: documentfiling@lciinc.com | Jan 30 2025 23:59:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14451681 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:17:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14470489 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:18:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14440922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:17:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14440923 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 23:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14440924 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 23:59:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14444471 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14440926 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 30 2025 23:59:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14466097 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:15:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14472204 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 00:04:36 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14440928 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 00:03:35 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14440929 | + | Email/Text: bankruptcy@onlineis.com | Jan 31 2025 00:00:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 14467838 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2025 23:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14469575 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 00:17:36 | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14440930 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:16:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14440931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:37:47 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14468802 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:16:22 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14485386 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:03:36 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14440932 | + | Email/Text: documentfiling@lciinc.com | Jan 30 2025 23:59:00 | Xfinity, PO Box 211008, Saint Paul, MN 55121-2408 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14440925 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Finance, 101 N Independence Mall E, Philadelphia, PA 19106 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| BRAD J. SADEK | on behalf of Joint Debtor Janiele Wadlington brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Avery B Wadlington Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Makefield Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation  d/b/a Honda Financial Services as administrator for Honda Lease Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 62 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Avery B Wadlington Jr. ) | Case No. 19−17846−amc |
| ) | |
| ) | |
|   Janiele Wadlington ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 30, 2025

For The Court

Timothy B. McGrath
Clerk of Court